**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Garrison Christopher McCoy v. The State of Texas

Appellate case number:   01-19-00664-CR

Trial court case number:  1397913

Trial court:            230th District Court of Harris County

On December 3, 2019, this Court issued an order directed the court reporter to file with this Court a reporter's record within thirty (30) days of the date of this notice. No reporter's record has been filed, nor has there been a response to the Court's notice. Accordingly, t**he court reporter is directed to file with this Court a reporter's record within thirty (30) days of the date of this notice.** *See* TEX. R. APP. P. 35.2.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                            Acting individually

Date: April 28, 2020